# RYAN WHALEY COLDIRON SHANDY

A Professional Corporation
Attorneys and Counselors at Law

900 ROBINSON RENAISSANCE
119 NORTH ROBINSON AVENUE
OKLAHOMA CITY, OKLAHOMA 73102
TELEPHONE: (405) 239-6040
FACSIMILE: (405) 239-6766
www.ryanwhaley.com

RACHEL L. HARRISON
rharrison@ryanwhaley.com

March 16, 2011

**VIA HAND DELIVERY**

Eugene K. Bertman
McCormick & Bryan, PLLC
2529 S. Kelly Ave., Ste A
Edmond, OK 73013

Re:   *Glen D. Schoenhals v. UNUM Life Insurance Company of America,*
      Case No. CIV-10-1374-C, U.S. District Court, Western District of Oklahoma

Dear Mr. Bertman:

Pursuant to the Court's order of March 4, 2011, enclosed please find a copy of the Administrative Record and privilege log in the referenced action for your review.

Sincerely,

Rachel L. Harrison
Legal Assistant to Matthew C. Kane

Enclosures (2 boxes)

**EXHIBIT 1**

# PRIVILEGED DOCUMENTS LOG

## GLEN D. SCHOENHALS
vs.

## UNUM LIFE INSURANCE COMPANY OF AMERICA
CASE NO. CIV-10-1374-C

| BATES# | DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| UA-CL-STD-000298 | 10/13/08 | Note to file from G. Roberts re: consult needed with law department | Attorney/Client Privilege |
| UA-CL-STD-000303 | 10/15/08 | Note to file from L. Blackwell re: consult with law department | Attorney/Client Privilege |
| UA-CL-STD-000549 | 4/23/09 | Note to file from L. Rettie re: consult needed with law department | Attorney/Client Privilege |
| UA-CL-STD-000562 | 5/21/09 | Note to File from L. Blackwell re: consult needed with law department | Attorney/Client Privilege |
| UA-CL-STD-000689 | 6/4/09 | Note to file from L. Rettie re: consult needed with law department (duplicate) | Attorney/Client Privilege |
| UA-CL-STD-000888 | 4/30/10 | Note to file from S. O'Neal re: consult with R. Stegall, law department | Attorney/Client Privilege |
| UA-CL-LWOP-000587 | 4/30/10 | Note to file from S. O'Neal re: consult with R. Stegall, law department | Attorney/Client Privilege |
| UA-CL-LTD-001318 | 4/26/10 | Note to file from S. O'Neal re: consult with R. Stegall, law department | Attorney/Client Privilege |

# RYAN WHALEY COLDIRON SHANDY
A Professional Corporation
Attorneys and Counselors at Law

900 ROBINSON RENAISSANCE
119 NORTH ROBINSON AVENUE
OKLAHOMA CITY, OKLAHOMA 73102
TELEPHONE: (405) 239-6040
FACSIMILE: (405) 239-6766
www.ryanwhaley.com

RACHEL L. HARRISON
rharrison@ryanwhaley.com

April 6, 2011

**VIA HAND DELIVERY**

Debra W. McCormick
Eugene K. Bertman
McCormick & Bryan, PLLC
2529 S. Kelly Ave., Ste A
Edmond, OK 73013

Re:   *Glen D. Schoenhals v. UNUM Life Insurance Company of America*,
      Case No. CIV-10-1374-C, U.S. District Court, Western District of Oklahoma

Dear Counsel:

Enclosed please find Unum Life Insurance Company of America's Responses to Plaintiff's Informal Discovery Requests, as well as two (2) compact discs which are being offered for production.

Sincerely,

Rachel L. Harrison
Legal Assistant to Matthew C. Kane

Enclosures